```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALIN CHRISTOPHER PROPHETE,              :
                                        :
                            Plaintiff,  :      23 Civ. 11117 (RA) (GS)
                                        :
             - against -                :      ORDER OF SERVICE
                                        :
NEW YORK METROPOLITAN HOSPITAL;         :
JOHN DOE; JANE DOE,                     :
                                        :
                            Defendants. :
-------------------------------------------------------------X
```

**GARY STEIN, United States Magistrate Judge:**

Plaintiff Alin Christopher Prophete ("Plaintiff") appears in this action *pro se* and, by Oder from the Court dated January 12, 2024 (Dkt. No. 12), is proceeding *in forma pauperis*. Plaintiff is therefore entitled to rely on the Court and the U.S. Marshals Service to effect service on Defendant New York City Health + Hospitals ("NYCH+H"). *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [*in forma pauperis*] cases."); Fed. R. Civ. P. 4(c)(3) (requiring the court to order service through the U.S. Marshals Service if the plaintiff proceeds *in forma pauperis*).

By letter to the Court, dated February 20, 2024 (Dkt. No. 14), NYCH+H stated it had not yet been served, despite the Court's prior Order of Service (Dkt. No. 7), but is willing to accept service by mail at 50 Water Street, 17th Floor, New York, New York 10004.

Accordingly, to allow Plaintiff to effect service on Defendant NYCH+H through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S.

Marshals Service Process Receipt and Return form (USM-285 form) for Defendant NYCH+H. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service by mail upon this Defendant.

**IT IS SO ORDERED.**

DATED:   New York, New York
             March 1, 2024

*[signature: Gary Stein]*

_____
GARY STEIN
United States Magistrate Judge

## DEFENDANT AND SERVICE ADDRESS

1. New York City Health + Hospitals
   50 Water Street, 17th Floor
   New York, New York 10004